IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02048 (RPM)

ROCKY MOUNTAIN STAGEHANDS, LLC and
DENVER THEATRICAL STAGE, FILM AND EXHIBITION
 EMPLOYEES' UNION, IATSE LOCAL #7,

       Plaintiffs,

v.

HOUSE OF BLUES CONCERTS, INC.

       Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER, having come before the Court upon the Stipulated Motion for Dismissal with Prejudice, filed by Plaintiffs ROCKY MOUNTAIN STAGEHANDS, LLC and DENVER THEATRICAL STAGE, FILM AND EXHIBITION EMPLOYEES' UNION, IATSE LOCAL #7 and Defendant HOUSE OF BLUES CONCERTS, INC., and the Court having reviewed the Stipulated Motion and file in this matter, and being duly advised in the premises:

HEREBY ORDERS that the Plaintiffs' claims against Defendant House of Blues Concerts, Inc., are hereby dismissed with prejudice, each of said parties to bear its own attorneys' fees, costs, expenses, and expert witness fees.

Dated this 27th day of April, 2006.

                            BY THE COURT:
                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch